UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TRACY L. WORSHAM,<br><br>    *Plaintiff,*<br><br>v.<br><br>MIDWEST RECOVERY SYSTEMS, LLC,<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§  CASE NO. 1:20-cv-00561<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT MIDWEST RECOVERY SYSTEMS, LLC'S
FRCP RULE 7.1 DISCLOSURES**

Pursuant to Rule 7.1(a) FEDERAL RULES OF CIVIL PROCEDURE, the undersigned, counsel of record for Defendant Midwest Recovery Systems, LLC hereby certifies that Midwest Recovery Systems, LLC is not owned by any parent corporation and there is no publicly held corporation owning 10% or more of its stock.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: April 1, 2020.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**MALONE FROST MARTIN PLLC**

　　　　　　　　　　　　　　　　　　　/s/  *Xerxes Martin, Esq.*
　　　　　　　　　　　　　　　　　　　ROBBIE MALONE
　　　　　　　　　　　　　　　　　　　Email: rmalone@mamlaw.com
　　　　　　　　　　　　　　　　　　　EUGENE XERXES MARTIN, IV
　　　　　　　　　　　　　　　　　　　Email: xmartin@mamlaw.com

　　　　　　　　　　　　　　　　　　　**MALONE FROST MARTIN PLLC**
　　　　　　　　　　　　　　　　　　　8750 North Central Expressway
　　　　　　　　　　　　　　　　　　　NCX Building, Suite 1850
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　T: 214-346-2630 | F: 214-346-2631

　　　　　　　　　　　　　　　　　　　*COUNSEL FOR DEFENDANT*
　　　　　　　　　　　　　　　　　　　*MIDWEST RECOVERY SYSTEMS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been filed via electronic filing on this 1st day of April, 2020.

　　　Mohammed O. Badwan
　　　mbadwan@sulaimanlaw.com
　　　Joseph S. Davidson
　　　jdavidson@sulaimanlaw.com
　　　Victor T. Metroff
　　　vmetroff@sulaimanlaw.com
　　　Sulaiman Law Group, Ltd
　　　2500 South Highland Avenue, Suite 200
　　　Lombard, IL 60148
　　　T: 630-575-8181 | F: 630-575-8188


　　　　　　　　　　　　　　　　　　　/s/  *Xerxes Martin, Esq.*
　　　　　　　　　　　　　　　　　　　EUGENE XERXES MARTIN, IV