## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00561-RBJ-KMT

TRACY L WORSHAM, individually, and on behalf of all others similarly situated,

   Plaintiff,

v.

MIDWEST RECOVERY SYSTEMS LLC,

   Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

Plaintiff, TRACY L WORSHAM, and Defendant, MIDWEST RECOVERY SYSTEMS LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against MIDWEST RECOVERY SYSTEMS LLC. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: September 4, 2020      Respectfully Submitted,

TRACY L. WORSHAM      MIDWEST RECOVERY SYSTEMS LLC

/s/ Victor T. Metroff      /s/ Eugene Xerxes Martin, IV (with consent)
Victor T. Metroff     
Mohammed B. Badwan      Eugene Xerxes Martin, IV
*Counsel for Plaintiff*      *Counsel for Defendant*
Sulaiman Law Group, LTD.      Malone Frost Martin PLLC
2500 S. Highland Ave., Ste. 200      8750 North Central Expressway, Suite 1850
Lombard, Illinois 60148      Dallas, Texas 75231
Phone: (630) 575-8181      Phone: (214) 346-2630
vmetroff@sulaimanlaw.com      xmartin@mamlaw.com